UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-14037 (ZNQ) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| MANUEL ESPINOSA-OZORIA, | : | |
|    a/k/a "Chino"; | : | |
| WALDIN ESPINOSA-OZORIA, | : | |
|    a/k/a "Manin"; | : | |
| ENRIQUE QUIJADA, | : | |
|    a/k/a "El Enano 13," | : | |
|    a/k/a "Kike"; | : | |
| JAVIER RODRIGUEZ-VALPAIS, | : | |
|    a/k/a "Broly"; and | : | |
| JACQUELYN DEJESUS | : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant MANUEL ESPINOSA-OZORIA (by Maria Noto, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter through December 29, 2020; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and no prior continuances having been granted by the Court; and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of October, 2020,

ORDERED that this action be, and it hereby is, continued through and including December 29, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including December 29, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                  s/Zahid N. Quraishi
                                          HON. ZAHID N. QURAISHI
                                          United States Magistrate Judge

Form and entry consented to:

| | |
|---|---|
| _____ | s/ Ian D. Brater |
| Maria Noto, Esq. | _____ |
| Counsel for Defendant | Ian D. Brater |
| | Assistant U.S. Attorney |